MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Boulevard, 6th Floor
Beverly Hills, California 90212
T: (310) 27-.6223
F: (310) 271-9805
E-mail: Michael.Berger@bankruptcypower.com

Attorney for Debtor-in-Possession
Jamie Mazur

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:

Jamie Mazur,

            Debtor-in-Possession.

CASE NO.: 2:25-bk-10181-NB

Chapter 11

**MOTION TO WITHDRAW AS DEBTOR'S BANKRUPTCY COUNSEL; DECLARATION OF MICHAEL JAY BERGER IN SUPPORT THEREOF**

Date:       September 9, 2025
Time:      2:00 p.m.
Courtroom: 1545
Place:      255 East Temple Street
             Los Angeles, CA 90012

**TO THE HONORABLE NEIL W. BASON, JUDGE OF THE UNITED STATES BANKRUPTCY COURT, TO THE UNITED STATES TRUSTEE, THE DEBTOR, AND TO ALL INTERESTED PARTIES:**

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. INTRODUCTION

Counsel hereby submits this motion (the "Motion") seeking an order approving the withdrawal of Law Offices of Michael Jay Berger ("Counsel"), as counsel of record for Jamie Mazur (the "Debtor") for the following reasons:

(1) Debtor's failure to cooperate with Counsel in the prosecution of his case and failure to follow Counsel's advice on material matters; and

(2) Breakdown of relationship between Debtor and Counsel.

### FACTUAL BACKGROUND

On January 10, 2025, Debtor filed the instant voluntary Chapter 11 Bankruptcy (the "Instant Bankruptcy Case").

The Debtor has failed to follow Counsel's recommendations in prosecuting the Instant Bankruptcy. The precise nature of the advice given is covered by the attorney-client privilege but will be disclosed in camera, if required by this Court.

Counsel has represented the Debtor to the best of his ability. However, Counsel must withdraw from the Instant Bankruptcy Proceedings, because the Debtor is not cooperating with Counsel and has breached Paragraph 3 of Counsel's fee agreement, which states: "CLIENT'S DUTIES: You agree to be truthful with me, to cooperate with me, to keep me informed of developments that affect this case, to abide by this agreement, to pay my bills on time, and to keep me advised of your address, telephone number and whereabouts."

Counsel must withdraw from the Instant Bankruptcy case because the attorney-client relationship between the Debtor and Counsel has irreparably broken down.

### III. AUTHORITY FOR MOTION

Counsel moves the Court under Local Bankruptcy Rule 2091-1 and California Rule of Professional Conduct Rule 3-700(C) for an order granting Counsel's motion to withdraw as general bankruptcy counsel for the Debtor.

### IV. ARGUMENT

Under Local Bankruptcy Rule 2091-1(a) "an attorney who has appeared on behalf of an entity in any matter concerning the administration of the case . . . may not withdraw as counsel except by leave of court." Local Bankruptcy Rule 2091-1(a)(1).

#### A. COUNSEL SHOULD BE GRANTED PERMISSIVE WITHDRAWAL BECAUSE OF DEBTOR'S LACK OF COOPERATION

Rule 3-700(C) of the Rules of Professional Conduct govern when a Counsel *may* withdraw from representation in a case.

Here, permissive withdrawal under Rule 3-700(C) is applicable because Debtor has been uncooperative in connection with the prosecution of the Instant Bankruptcy and failed to follow Counsel's advice.

Paragraph 8 of the Fee Agreement states, "DISCHARGE AND WITHDRAWAL. You may discharge me at any time. I may withdraw with your consent or for good cause as found by a court of law. Good cause includes, but is not limited to, your breach of this agreement, your refusal to cooperate with me or to follow my advice on a material matter, or any fact or circumstance which would render my continuing representation of you nonproductive, unlawful or unethical."

## PERMISSIVE WITHDRAWAL SHOULD BE GRANTED BECAUSE DEBTOR'S CONDUCT IN THE INSTANT BANKRUPTCY RENDERS IT UNREASONABLY DIFFICULT FOR COUNSEL TO REPRESENT DEBTOR EFFECTIVELY

Permissive withdrawal under Rule 3-700(C)(1)(d) is applicable. A member representing a client before a tribunal *may* withdraw from employment with the permission of the tribunal, if the client, by its conduct, renders it unreasonably difficult for Counsel to carry out the employment effectively.

In the Instant Bankruptcy, permissive withdrawal is applicable because Debtor's lack of cooperation with Counsel renders it unreasonably difficult for Counsel to effectively represent the Debtor, since Counsel is unable to prosecute Debtor's case without Debtor's willingness to follow Counsel's advice.

Counsel requires Debtor to cooperate so that Counsel can assist and adequately represent the Debtor. Lack of cooperation is a violation of section 3 of the Debtor's Retainer Agreement, which states:

"CLIENT'S DUTIES. You agree to be truthful with me, to cooperate with me, to keep me informed of developments which affect this case, to abide by this agreement, to pay my bills on time, and to keep me advised of your address, telephone number and whereabouts."

Debtor failed to cooperate with Counsel's requests.

Therefore, permissive withdrawal should be granted under 3-700(C)(1)(d) because of Debtor's lack of cooperation with Counsel in the Instant Bankruptcy and the breakdown of the attorney-client relationship.

///

///

///

## V. CONCLUSION

WHEREFORE, based on the foregoing, Counsel requests an entry of order granting the Motion to Withdraw as Debtor's Bankruptcy Counsel as the attorney-client relationship between the Debtor and Counsel has irreparably broken down.

LAW OFFICES OF MICHAEL JAY BERGER

Dated: 8/15/2025    By: /s/ Michael Jay Berger
Michael Jay Berger
Attorney for Debtor-in-Possession
Jamie Mazur

## DECLARATION OF MICHAEL JAY BERGER

I, Michael Jay Berger, declare as follows:

1. I am the attorney for Jamie Mazur (the "<u>Debtor</u>") in the herein bankruptcy.

2. I have personal knowledge of the facts set forth herein. If called as a witness herein, I could and would testify competently and truthfully as set forth herein.

3. On January 10, 2025, Debtor filed the instant voluntary Chapter 11 Bankruptcy (the "<u>Instant Bankruptcy Case</u>").

4. I request that this Court allow me to withdraw from Debtor's case for the following reasons:

- Debtor's failure to cooperate with me in the prosecution of his case and failure to follow my advice on material matters; and
- Breakdown of relationship between Debtor and I; and

5. The Debtor failed to follow my recommendations in prosecuting the Instant Bankruptcy. The precise nature of the advice given is covered by the attorney-client privilege, but will be disclosed in camera, if required by this Court.

6. I have represented the Debtor to the best of my ability. However, I must withdraw from the Instant Bankruptcy Proceedings, because the Debtor is not cooperating with me and had breached Paragraph 3 of Counsel's fee agreement, which states: "CLIENT'S DUTIES: You agree to be truthful with me, to cooperate with me, to keep me informed of developments which affect this case, to abide by this agreement, to pay my bills on time, and to keep me advised of your address, telephone number and whereabouts."

7. I must withdraw from the Instant Bankruptcy case because the attorney-client relationship between the Debtor and myself has irreparably broken down.

8.    Permissive withdrawal is also applicable because Debtor's lack of cooperation with me renders it unreasonably difficult for me to effectively represent the Debtor since I am unable to prosecute Debtor's case without his willingness to follow my advice.

9.    The Debtor failed to abide by his duties as required under the Retainer Agreement.

10.    I advised the Debtor to immediately seek new bankruptcy counsel to take over the case.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on August 15, 2025 at Beverly Hills, California.

*[Signature]*

Michael Jay Berger

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Blvd., 6th Fl., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): **MOTION TO WITHDRAW AS DEBTOR'S BANKRUPTCY COUNSEL; DECLARATION OF MICHAEL JAY BERGER IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _8/15/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
**Debtor's Counsel: Michael Jay Berger**    michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com; michael.berger@ecf.inforuptcy.com
**U.S. Trustee: Ron Maroko**    ron.maroko@usdoj.gov
**Capital One Auto: Amitkumar Sharma**    amit.sharma@aisinfo.com
**United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
**Counsel for Finance California: Bruce G Landau**    bruce@landauandlandau.com
**Counsel for U.S. Bank National Trust, Shannon A Doyle**    sdoyle@ghidottiberger.com,
bknotifications@ghidottiberger.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _8/15/2025___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Debtor:
Jamie Mazur
1811 Bel Air Road
Los Angeles, CA 90077

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/15/2025 | Peter Garza | /s/Peter Garza |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE

```
Label Matrix for local noticing          Capital One Auto Finance, a division of Capi    Finance California
0973-2                                   4515 N Santa Fe Ave. Dept. APS                  15604 Vandorf Place
Case 2:25-bk-10181-NB                    Oklahoma City, OK 73118-7901                    Encino, CA 91436-3902
Central District of California
Los Angeles
Fri Aug 15 18:07:28 PDT 2025

United States Trustee (LA)               Los Angeles Division                            California Dept. of Tax and Fee Administrati
915 Wilshire Blvd, Suite 1850            255 East Temple Street,                         Collection Support Bureau, MIC 29
Los Angeles, CA 90017-3560               Los Angeles, CA 90012-3332                      PO Box 942879
                                                                                         Sacramento, CA 94279-0029


Capital One Auto Finance                 Department of Water and Power                   Discover Bank
Attn: Bankruptcy                         City of Los Angeles                             PO Box 3025
7933 Preston Rd                          Attn: Bankruptcy                                New Albany, OH 43054-3025
Plano, TX 75024-2302                     P O Box 51111
                                         Los Angeles CA 90051-5700


FRANCHISE TAX BOARD                      Finance California                              Finance California
BANKRUPTCY SECTION MS A340               1801 Century Park E.                            Attn: Gerald Wiener
PO BOX 2952                              Los Angeles, CA 90067-2302                      15604 Vandorf Place
SACRAMENTO CA 95812-2952                                                                 Encino, CA 91436-3902


Finance California                       Franchise Tax                                   Goldman Sachs Bank USA
c/o Landau & Landau                      Bankrutpcy Section MS: A-340                    Attn: Bankruptcy
Attn: Bruce G. Landau Esq.               PO Box 2952                                     Po Box 70379
11260 Overland Ave Unit 14 G             Sacramento, CA 95812-2952                       Philadelphia, PA 19176-0379
Culver City CA 90230-5536


IRS                                      LADWP                                           Shannon Doyle, Esq.
P.O. Box 7346                            111 North Hope Street                           Ghidotti
Philadelphia, PA 19101-7346              Los Angeles, CA 90012-2607                       Berger LLP
                                                                                         1920 Old Tustin Avenue
                                                                                         Santa Ana, CA 92705-7811


Sn Servicing Corporati                   (p)US BANK                                      U.S. Bank National Association, et al.
323 5th St                               PO BOX 5229                                     323 5th Street
Eureka, CA 95501-0305                    CINCINNATI OH 45201-5229                        Eureka, CA 95501-0305


Us Bk Cacs                               Verizon by AIS InfoSource LP as agent           Wells Fargo Bank NA
Attn: Bankruptcy                         4515 N Santa Fe Ave                             Attn: Bankruptcy
Po Box 5229                              Oklahoma City OK 73118-7901                     1 Home Campus Mac X2303-01a 3rd Floor
Cincinnati, OH 45201-5229                                                                Des Moines, IA 50328-0001


Wells Fargo Bank, N.A.                   Wells Fargo Bank, N.A., Wells Fargo Card Ser    Wells Fargo Jewelry Advantage
PO Box 10438, MAC F8235-02F              PO Box 10438, MAC F8235-02F                     Attn: Bankruptcy
Des Moines, IA 50306-0438                Des Moines, IA 50306-0438                       Pob 10438 Mac F8235-02f
                                                                                         Des Moines, IA 50306-0438


Jamie Mazur                              Michael Jay Berger
1811 Bel Air Road                        9454 Wilshire Blvd 6th Fl
Los Angeles, CA 90077-2728               Beverly Hills, CA 90212-2980
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

U.S. Bank National Association
Bankruptcy Department
PO Box 108
Saint Louis MO 63166-0108

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Crosby Doe Associates, Inc.

(u)U.S. Bank Trust National Association as Tr

(d)Capital One Auto Finance, a division of Ca
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

End of Label Matrix
Mailable recipients   28
Bypassed recipients    3
Total                 31