MICHAEL JAY BERGER (State Bar # 100291)
SOFYA DAVTYAN (State Bar # 259544)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Boulevard, 6th Floor
Beverly Hills, California 90212
T: (310) 271.6223 |
F: (310) 271.9805
E: michael.berger@bankruptcypower.com
E: sofya.davtyan@bankruptcypower.com

Attorney for Debtor
Jamie Mazur

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Jamie Mazur,<br><br>Debtor. | CASE NO.: 2:25-bk-10181-NB<br><br>Chapter 11<br><br>**VOLUNTARY DISMISSAL OF THE MOTION TO WITHDRAW AS DEBTOR'S BANKRUPTCY COUNSEL [DOCKET NO.: 105]**<br><br>Date: September 9, 2025<br>Time: 2:00 p.m.<br>Courtroom: 1545<br>Place: 255 E. Temple St.,<br>Los Angeles, CA 90012 |

TO THE HONORABLE NEIL BASON, JUDGE OF THE UNITED STATES BANKRUPTCY COURT, TO THE UNITED STATES TRUSTEE, THE DEBTOR, AND TO ALL INTERESTED PARTIES:

Counsel for Jamie Mazur (the "Debtor"), The Law Offices of Michael Jay Berger, submits this Voluntary Dismissal of the Motion to Withdraw as Debtor's Bankruptcy Counsel filed on August 15, 2025 [Docket No.: 105].

LAW OFFICES OF MICHAEL JAY BERGER

Dated: 9/4/2025        By:    /s/Michael Jay Berger
                              Michael Jay Berger
                              Attorney for Debtor
                              Jamie Mazur

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Blvd., 6th Fl., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): **VOLUNTARY DISMISSAL OF THE MOTION TO WITHDRAW AS DEBTOR'S BANKRUPTCY COUNSEL [DOCKET NO.: 105]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _9/4/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
**Debtor's Counsel: Michael Jay Berger**    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com; michael.berger@ecf.inforuptcy.com
**U.S. Trustee: Ron Maroko**    ron.maroko@usdoj.gov
**Capital One Auto: Amitkumar Sharma**    amit.sharma@aisinfo.com
**United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
**Counsel for Finance California: Bruce G Landau**    bruce@landauandlandau.com
**Counsel for U.S. Bank National Trust, Shannon A Doyle**    sdoyle@ghidottiberger.com, bknotifications@ghidottiberger.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _9/4/2025___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Debtor:
Jamie Mazur
1811 Bel Air Road
Los Angeles, CA 90077

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/4/2025 | Peter Garza | /s/Peter Garza |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

```
Label Matrix for local noticing          Capital One Auto Finance, a division of Capi    Finance California
0973-2                                   4515 N Santa Fe Ave. Dept. APS                  15604 Vandorf Place
Case 2:25-bk-10181-NB                    Oklahoma City, OK 73118-7901                    Encino, CA 91436-3902
Central District of California
Los Angeles
Thu Sep  4 15:38:39 PDT 2025

United States Trustee (LA)               Los Angeles Division                            California Dept. of Tax and Fee Administrati
915 Wilshire Blvd, Suite 1850            255 East Temple Street,                         Collection Support Bureau, MIC 29
Los Angeles, CA 90017-3560               Los Angeles, CA 90012-3332                      PO Box 942879
                                                                                         Sacramento, CA 94279-0029

Capital One Auto Finance                 Department of Water and Power                   Discover Bank
Attn: Bankruptcy                         City of Los Angeles                             PO Box 3025
7933 Preston Rd                          Attn: Bankruptcy                                New Albany, OH 43054-3025
Plano, TX 75024-2302                     P O Box 51111
                                         Los Angeles CA 90051-5700

FRANCHISE TAX BOARD                      Finance California                              Finance California
BANKRUPTCY SECTION MS A340               1801 Century Park E.                            Attn: Gerald Wiener
PO BOX 2952                              Los Angeles, CA 90067-2302                      15604 Vandorf Place
SACRAMENTO CA 95812-2952                                                                 Encino, CA 91436-3902

Finance California                       Franchise Tax                                   Goldman Sachs Bank USA
c/o Landau & Landau                      Bankrutpcy Section MS: A-340                    Attn: Bankruptcy
Attn: Bruce G. Landau Esq.               PO Box 2952                                     Po Box 70379
11260 Overland Ave Unit 14 G             Sacramento, CA 95812-2952                       Philadelphia, PA 19176-0379
Culver City CA 90230-5536

IRS                                      LADWP                                           Shannon Doyle, Esq.
P.O. Box 7346                            111 North Hope Street                           Ghidotti
Philadelphia, PA 19101-7346              Los Angeles, CA 90012-2607                       Berger LLP
                                                                                         1920 Old Tustin Avenue
                                                                                         Santa Ana, CA 92705-7811

Sn Servicing Corporati                   (p)US BANK                                      U.S. Bank National Association, et al.
323 5th St                               PO BOX 5229                                     323 5th Street
Eureka, CA 95501-0305                    CINCINNATI OH 45201-5229                        Eureka, CA 95501-0305

Us Bk Cacs                               Verizon by AIS InfoSource LP as agent           Wells Fargo Bank NA
Attn: Bankruptcy                         4515 N Santa Fe Ave                             Attn: Bankruptcy
Po Box 5229                              Oklahoma City OK 73118-7901                     1 Home Campus Mac X2303-01a 3rd Floor
Cincinnati, OH 45201-5229                                                                Des Moines, IA 50328-0001

Wells Fargo Bank, N.A.                   Wells Fargo Bank, N.A., Wells Fargo Card Ser    Wells Fargo Jewelry Advantage
PO Box 10438, MAC F8235-02F              PO Box 10438, MAC F8235-02F                     Attn: Bankruptcy
Des Moines, IA 50306-0438                Des Moines, IA 50306-0438                       Pob 10438 Mac F8235-02f
                                                                                         Des Moines, IA 50306-0438

Jamie Mazur                              Michael Jay Berger
1811 Bel Air Road                        9454 Wilshire Blvd 6th Fl
Los Angeles, CA 90077-2728               Beverly Hills, CA 90212-2980
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

U.S. Bank National Association
Bankruptcy Department
PO Box 108
Saint Louis MO 63166-0108


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Crosby Doe Associates, Inc.          (u)U.S. Bank Trust National Association as Tr          (d)Capital One Auto Finance, a division of Ca
                                                                                                4515 N. Santa Fe Ave. Dept. APS
                                                                                                Oklahoma City, OK 73118-7901


End of Label Matrix
Mailable recipients    28
Bypassed recipients     3
Total                  31